# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID R. JOHNSON**                                                                                         **PLAINTIFF**

V.                                            No. 4:22-CV-00650-LPR

**KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 31st day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE